# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ULA HOLT,<br>      Plaintiff,<br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>      Defendant. | ) **Case No.: 2:11-cv-2616-RK**<br>)<br>)<br>)<br>) **(Unlawful Debt Collection**<br>) **Practices)**<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.


 /s/  Craig Thor Kimmel_____
Craig Thor Kimmel
Attorney ID # 57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: 877-788-2864
Email: kimmel@creditlaw.com